## In re FIRST TEXAS HOMES, INC. and Randall Van Wolfswinkel, Relators.

### No. 05–02–01209–CV.

Court of Appeals of Texas, Dallas.

Sept. 4, 2002.

John Donovan Sloan, Brett Dosher Lamb, Melanie Irene Kemp, Gardere Wynne Sewell LLP, Dallas, for relator.

Thomas Daniel Bowers, Dallas, for real party in interest.

---

Before Justices WHITTINGTON, JAMES, and O'NEILL.

## MEMORANDUM OPINION AND ORDER

Opinion By Justice JAMES.

Relators contend the trial judge erred in not referring all of real parties in interest's claims to arbitration. The facts of this original proceeding are known to the parties so we do not recite them here. Based on the record presented, we conclude relators are not entitled to the relief requested. Accordingly, relators' petition for writ of mandamus is **DENIED.** *See* TEX.R.APP. P. 52.8(a).